MEEI-LING CHEN, BAR# 166786
MEEI-LING CHEN, A PROFESSIONAL LAW CORP.
19803 Valley Boulevard
Walnut, CA 91789
Telephone: (909) 869-8869
Facsimile: (909) 869-8867
mchen@mlclawoffices.com

FILED

SEP 1 2 2018

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:                    Deputy Clerk

Attorney for Plaintiff: Tingting Shao

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA, RIVERSIDE DIVISION

In Re:

Hao Wang,

       Debtor.

_____

Tingting Shao,

       Plaintiff,

v.

Hao Wang,

       Defendant.

_____

| |
|---|
| Chapter 7 |
| Case No.: 6:18-bk-14917-SC |
| Adv. No.: |
| COMPLAINT FOR |
| NONDISCHARGEABILITY OF DEBT PURSUANT TO 11 U.S.C. §523(a)(2), 11 U.S.C. §523(a)(4), AND 11 U.S.C. §523(a)(6) |

**COMPLAINT FOR NONDISCHARGEABILITY OF DEBT**

Tingting Shao, as Plaintiff herein, complains of Debtor and Defendant Hao Wang ("Debtor" or "Wang"), as follows:

JURISDICTION AND VENUE

1. This Court has jurisdiction over the subject matter of this adversary proceeding pursuant to the provisions of 28 U.S.C. §1334 and the reference order of the United States District Court for the Central District of California. The adversary proceeding relates to the Chapter 7 case of Hao Wang, Case No.: 6:18-bk-14917-SC, now pending in the United States

Bankruptcy Court for the Central District of California. The matter is a core proceeding pursuant to 28 U.S.C. §157.

2.      Venue herein is proper pursuant to provisions of 28 U.S.C. §1409.

3.      Wang is indebted to Plaintiff creditor as fully detailed below, and the debt is not dischargeable in bankruptcy by virtue of the provisions of 11 U.S.C. §§ 523(a)(2), (a)(4), and (a)(6).

### PARTIES

4.      Plaintiff Tingting Shao ("Shao") is an individual who at all times relevant herein has been a resident of the City of Rancho Cucamonga, County of San Bernardino, State of California.

5.      Defendant Hao Wang is an individual who at all times relevant herein has been a resident of the City of the City of Rancho Cucamonga, County of San Bernardino, State of California.

### GENERAL ALLEGATIONS

6.      On May 18, 2018, Shao filed a civil action against Debtor in San Bernardino County Superior Court, Central District, Case No.: CIVDS 1812318 for breach of lease, breach of contract, accounting, conversion, etc.

7.      Soon after Debtor was served, on June 11, 2018, Debtor filed a voluntary petition for relief under the provisions of chapter 7 of the United States Bankruptcy Code. Debtor lists Shao as an unsecured nonpriority creditor with a disputed debt of $210,000.00.

### FIRST CLAIM FOR RELIEF

### (For a Determination That Wang's Debts Are Not Dischargeable

### Pursuant to 11 U.S.C. §523(a)(2))

8.      Plaintiff incorporates by reference the allegations contained in paragraphs 1 through 7 above as though set forth fully herein.

9.      Pursuant to §523(a)(2) of the United States Bankruptcy Code, a debt incurred by a debtor's false pretenses and/or false representations shall be nondischargeable.

10.     On or about March 1, 2017, Plaintiff entered into a written Joint Investment

Agreement ("Investment Agreement") with Debtor to establish a company named Green Energy King, LLC ("the Company") in good faith and performed her part of the Agreement in full. A true and correct copy of the Investment Agreement is enclosed and incorporated as Exhibit "A". A copy of Articles of Organization Limited Liability Company is enclosed and incorporated as Exhibit "B".

     11.    Section 1 of the Investment Agreement provides that the total cash capital contribution will be $300,000.00, Plaintiff and Debtor each will contribute $150,000.00 cash capital and each owns 50% shares of the Company.

     12.    Section 1 of the Investment Agreement also provides that the cash contribution $300,000.00 shall be used for operating expenses.

     13.    Soon singing the Investment Agreement, Plaintiff tendered her cash contribution by wiring $150,000.00 from Chase Bank into the Company's checking account in Bank of America on March 2, 2017. A true and correct copy of the wire statement from Chase Bank and Bank of America are enclosed and incorporated as Exhibit "C".

     14.    Debtor falsely represented to Plaintiff when he entered into the Agreement that he understood, agreed to, and will perform every provision of the Agreement.

     15.    Debtor has never tendered his $150,000.00 cash contribution into the Company.

     16.    From March 2017 to July 2017, Debtor withdrew $150,000.00 from the Company for his personal use without Plaintiff's knowledge and consent. A true and correct copy of the Bank of America statements from March 2017 to July 2017 are enclosed and incorporated as Exhibit "D".

     17.    Plaintiff reasonably relied on Debtor's representations that he was entering into the Agreement in good faith, and that he (a) had read the entire Agreement, (b) agreed with all of its provisions, (c) intended to abide by it in its entirety, and (d) entered into it voluntarily.

     18.    Had Plaintiff known that Debtor did not intend to abide by the provisions contained in the Agreement, specifically to invest $150,000.00 to the Company and to use cash capital as operating expenses, Plaintiff would not have entered into the Agreement with Debtor and would not have wired $150,000.00 to the Company.

19. Debtor's conduct at the time that he entered into the Agreement with Plaintiff constitutes false pretenses and/or false representations, which Debtor knew to be false and/or which Debtor made with reckless disregard as to their truth or falsity.

20. As a direct and proximate result of foregoing, Plaintiff has suffered damages in excess of $150,000.00 which should be exempted from discharge in the Debtor's bankruptcy. Based on the foregoing willful and malicious conduct, Plaintiff requests that the debt owed to Plaintiff by the Debtor be deemed not dischargeable in his bankruptcy.

**SECOND CLAIM FOR RELIEF**

**(For a Determination That Wang's Debts Are Not Dischargeable**

**Pursuant to 11 U.S.C. §523(a)(4))**

21. Plaintiff incorporates by reference the allegations contained in paragraphs 1 through 20 above as though set forth fully herein.

22. Pursuant to §523(a)(4) of the United States Bankruptcy Code, a debt incurred by a debtor who perpetrates fraud or defalcation while acting as a fiduciary shall be nondischarageable.

23. Defendant, being as a managing member of the Company, owes a fiduciary duty to Defendant.

24. Debtor breached his fiduciary duty to Plaintiff by withdrawing Plaintiff's $150,000.00 contribution from the Company for Defendant's personal use without Plaintiff's knowledge and consent from March 2017 to July 2017.

25. As a direct and proximate result of foregoing, Plaintiff has suffered damages in an amount in excess of $150,000.00 which should be exempted from discharge in the Debtor's bankruptcy. Based on the foregoing fraud and defalcation, Plaintiff requests that the debt owed to Plaintiff by the Debtor be deemed not dischargeable in his bankruptcy.

26. In committing the acts hereinabove described, the Debtor acted willfully, maliciously, and with deliberate intent to deceive Plaintiff, and because thereof, Plaintiff is entitled to punitive and exemplary damages in an amount to be determined at the time of trial.

## THIRD CLAIM FOR RELIEF

### (For a Determination That Wang's Debts Are Not Dischargeable

### Pursuant to 11 U.S.C. §523(a)(6))

27.    Plaintiff incorporates by reference the allegations contained in paragraph 1 through 26 above as though set forth fully herein.

28.    Pursuant to §523(a)(6) of the United States Bankruptcy Code, a debt incurred by a debtor who engages in willful and malicious conduct which results in damages shall be nondischarageable.

29.    While being as a managing member of the Company, Debtor engaged in the following willful and malicious acts - withdrawing $150,000.00 from the Company within three months for his personal use.

30.    On or about May 26, 2017, Plaintiff entered into a written Lease Agreement ("Lease") with Debtor for the real property located at 8468 Bullhead Court, Rancho Cucamonga, CA 91727 ("Subject Property"). A true and correct copy of the Lease is enclosed and incorporated as Exhibit "E". The Lease was for a term of one year from June 1, 2017 to May 31, 2018.

31.    Section 7 of the Lease prohibits Debtor from transferring the lease or subletting the premises without Plaintiff's permission. In addition, Debtor shall not change the structure or the usage of the premise without Plaintiff's prior permission. Debtor shall not engage any illegal activities when using the premises.

32.    However, Debtor commenced illegal operations of planting and/or storing marijuana on the Premises by severely damaging the Premises. Over the course of Defendant's illegal operations on the Subject Property, he received, planted, stored, and disposed of marijuana throughout the Subject Property.

33.    Plaintiff has complied with all the terms and conditions as required of the Landlord under the Lease.

34.    As a direct and proximate result of foregoing, Plaintiff has suffered damages in an amount not presently ascertained but believed to be in excess of $210,000.00 which should be

exempted from discharge in the Debtor's bankruptcy. Based on the foregoing willful and malicious conduct, Plaintiff requests that the debt owed to Plaintiff by the Debtor be deemed not dischargeable in his bankruptcy.

35.     In committing the acts hereinabove described, the Debtor acted willfully, maliciously, and with deliberate intent to deceive Plaintiff, and because thereof, Plaintiff is entitled to punitive and exemplary damages in an amount to be determined at the time of trial.

PRAYER FOR RELIEF

WHEREFORE, plaintiff prays for the entry of judgment against Debtor as follows:

1.     In its First Claim for Relief, for judgment against Debtor and Debtor Hao Wang determining that the debt owed by the Debtor to Plaintiff is not dischargeable in his bankruptcy case and for judgment according to proof.

2.     In its Second Claim for Relief, for judgment against Debtor and Debtor Hao Wang determining that the debt owed by the Debtor to Plaintiff is not dischargeable in his bankruptcy case and for judgment according to proof.

3.     In its Third Claim for Relief, for judgment against Debtor and Debtor Hao Wang determining that the debt owed by the Debtor to Plaintiff is not dischargeable in his bankruptcy case and for judgment according to proof.

4.     That Plaintiff be awarded its costs of suit herein incurred and for such other and further relief as this Court deems just and proper.

Dated: September 12, 2018

Meei-Ling Chen
Attorney for Plaintiff
Tingting Shao

NONDISCHARGEABILITY OF DEBT
PURSUANT TO 11 U.S.C. §523(a)(2), 11 U.S.C. §523(a)(4), AND 11 U.S.C. §523(a)(6)

# EXHIBIT A

# Joint Investment Agreement

Party A: Hao Wang

Party B: Tingting Shao

Party A and Party B jointly funded GREEN ENERGY KING Limited Liability Company. In accordance with the provisions of laws and regulations, the two sides jointly funded and initiated the establishment of the company, both parties jointly reached the following agreement and agreed to abide the following:

I. Party A (Hao Wang) and Party B (Tingting Shao) jointly funded and initiated the establishment of GREEN ENERGY KING. The company type is LLC.

Company Address: 8478 Bullhead st. Rancho Cucamonga, CA. 9

Project Address: 17755 Railed Ave. city of industry / 13414 Valley Blvd. city of industry

II. Name and capital contribution of each shareholder:

1、The total capital contribution is USD $300,000.00. All capital is contributed in cash.

（1）Hao Wang cash capital contribution is USD $150,000.00. And participate in the business of the name of the registered shareholder of the Company. Hao Wang holds 50% shares of the company.

（2）Tingting Shao cash capital contribution is USD $150,000.00. And

A-1

participate in the business of the name of the registered shareholder of the Company. Tingting Shao holds 50% shares of the company.

The above cash is used for operating expenses of the Company, including site leasing, water, electricity, decoration, purchase of equipment, and so on.。

2、Capital funds arrival period: USD $300,000.00 shall be deposited in to the company's account within five days of company's registration, according to the proportion of shareholder's shares.

III. Profit distribution method

Profit distribution:

Profits and losses are allocated according to the proportion of shareholder's shares.

Company profit distribution order:

1、Make up for losses in the previous quarter;

2、Shareholders dividends, the system is as follows:

（1）On or before April 30, 2017, dividend is distributed according to Hao Wang with 50% company shares, Tingting Shao with 50% company shares, return the contributed capital of USD $300,000.00;

（2）On or after May 01, 2017, every three months, on the 1st to the 7th day of the of the month, the company shall conduct a shareholder's meeting. Dividend for the past three months is distributed according to

A-2

Hao Wang with 50% company shares, Tingting Shao with 50% company share.

IV. Increase of Capital Contribution:

If the company has insufficient funds, there is the need for increasing the operating funds, with the consent of all the shareholders, all shareholders shall increase the capital contribution in accordance with their respective proportion of shares. If a shareholder is unable to increase funds, shareholders who are capable to increase the contribution of a fund shall appropriately increase in the proportion of investment.

If others want to become shareholders, they need to obtain the consent of all shareholders, and recognize the contract while implementing the relevant provisions of the contract rights and obligations, if one party does not agree, they shall not become shareholders.

V. Share Withdrawal

1、Any withdrawal shall be in written form and obtain consent of all shareholders. If other shareholders fails to reply for at least thirty days within the written notice date, it is treated as agreed to the withdrawal. A shareholder shall not withdrawal when holds any debts of the company.

- 3 -

A-3

2、 Shareholders withdrawn is calculated as five times the price of the last three times of the average value of the distribution of profits transfer. The other shareholder have the priority to purchase.

3、 All withdrawal shall be settled in the form of cash.

VI. Dissolution and liquidation of the company

1、 The following reasons for terminating the cooperation for all:① Project termination；②All parties agree to terminate the partnership；③Violation of the law；④The court dissolved the company in accordance with the request of the parties concerned。

2、 Matters after termination: ① immediately nominated liquidator, and invite middleman (or notary) to determine liquidation matters；② After the liquidation, if there is surplus, just according to the collection of debt, debt settlement, and the proportion of the remaining property as the order of distribution. Fixed assets and other assets that cannot be separated, can be sold or exchange with third parties, the third party can participate in the distribution of its price；③If there is any loss after the liquidation, despite the contribution proportion, both parties shall repay by their common property, and the part that is insufficient to pay off, shall be repaid according to the contribution proportion of both parities.

VII. Division of Duties

A-4

1、Hao Wang is the company legal person, provides the project operation related procedures and documents, responsible for the company's overall operation, marketing planning and daily management;

2、Tingting Shao is the executive director of the company, responsible for the company's financial management, while assisting the management with the company legal person;

3、Shareholders have the right to know the company's sales, procurement, investment, finance and other matters. If such problem arises, the main responsible person shall make a reasonable explanation and appropriate treatment. In the more important matters (such as addition or reduction of capital) requires both sides to reach consensus, otherwise, the main responsible person shall bear the responsibility for the consequences.

VIII. The rights, obligations, and responsibilities of the investor

1、Rights

(1) The investor shall, according to the proportion of the capital invested by the company and the proportion of the registered capital of the company, have the right of assets distribution.

(2) Investors shall receive dividends in accordance with the investment proportion. When the company adds capital, investors can

A-5

have the priority to subscribe of funds.

(3) Investors shall jointly determine the name of the company。

(4) The investor shall have the right to sue the investor who fails to perform and fulfill the obligation of capital investors. Investors who intentionally or negligently damages the interests of the company shall be required to bear the corresponding legal liability.

(5) Investors shall have access to the minutes of the shareholders' meeting and the financial report of the company.

(6) Other rights conferred by laws, administrative regulations and Articles of Incorporation (if any).

2、Obligations

(1) The investor shall, within the prescribed time limit, pay in full the amount of capital contributions subscribed to by the investor.

(2) The investor shall be liable for the company for the amount of his capital contribution. Shareholders may not withdraw their capital contributions after registration.

(3) Investors shall abide the Article of Incorporation. (if any)

(4) In the process of establishment of the company, investors shall be liable for compensation to the company and other investors in the course of violation interest of the company.

(5) Other duties as required by laws, administrative regulations and

A-6

the Articles of Incorporation of the company.

IX. Supplemental Agreement and Appendixes

Matters not covered in this contract, and matters that laws and regulations have not been prescribed, the parties can reach a written supplementary contract。

X. The Effect of the Contract

1、This contract shall take effect as of the date of signature of Party A and Party B.

2、This agreement in duplicate, each party holds one copy, all copies have the same legal effect.

3、The supplemental agreement is an integral part of this contract, and which has the same legal effect.

A-7

Party A Signature: ＿＿＿＿＿＿＿  Party B Signature: ＿＿＿＿＿＿＿

Party A Shareholder:  Party A Shareholder

Hao Wang  Tingting Shao

CA Driver License#:E2021856  Chinese Passport#:G29547116

TEL:6269912591  TEL:18652070227

Place of Signing：  Place of Signing：

Rowland Heights, CA  Rowland Heights, CA

Date：March 1, 2017  Date：March 1, 2017

-8-

A-8

**CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT**                    CIVIL CODE § 1189

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California                )
County of San Bernardino           )

On March 2, 2017 before me, Jason G. Thomas, Notary Public
       Date                        Here Insert Name and Title of the Officer

personally appeared Hao Wang and
                    Name(s) of Signer(s)
Tingting Shao

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

JASON G. THOMAS
Notary Public - California
San Bernardino County
Commission # 2155504
My Comm. Expires Jun 27, 2020

Signature _____
           Signature of Notary Public

Place Notary Seal Above
─────────────────── **OPTIONAL** ───────────────────
Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.

**Description of Attached Document**
Title or Type of Document: Joint Investment Agreement Document Date: March 1, 2017
Number of Pages: 8 Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer(s)**

Signer's Name: _____                Signer's Name: _____
☐ Corporate Officer — Title(s): _____        ☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General              ☐ Partner — ☐ Limited ☐ General
☐ Individual   ☐ Attorney in Fact             ☐ Individual   ☐ Attorney in Fact
☐ Trustee      ☐ Guardian or Conservator       ☐ Trustee      ☐ Guardian or Conservator
☐ Other: _____                       ☐ Other: _____
Signer Is Representing: _____         Signer Is Representing: _____

©2014 National Notary Association • www.NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)   Item #5907

A-9

# EXHIBIT B

**Secretary of State**
**Articles of Organization**
Limited Liability Company (LLC)

LLC-1

**2017075 10597**

FILED (PS)
Secretary of State
State of California

MAR 07 2017

IPC

This Space For Office Use Only

**IMPORTANT — Read Instructions before completing this form.**

**Filing Fee - $70.00**

**Copy Fees** - First plain copy free; Additional copies: First page $1.00 & .50 for each attachment page; Certification Fee - $5.00

**Important!** LLCs may have to pay an annual minimum $800 tax to the California Franchise Tax Board. For more information, go to https://www.ftb.ca.gov

**1. Limited Liability Company Name** (See Instructions – Must contain an LLC ending such as LLC or L.L.C. "LLC" will be added, if not included.)

GREEN ENERGY KING LLC

**2. Business Addresses**

| a. Initial Street Address of Designated Office in California - Do not list a P.O. Box | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 8478 BULLHEAD CT | RANCHO CUCAMONGA | CA | 91739 |
| b. Initial Mailing Address of LLC, if different than item 2a | City (no abbreviations) | State | Zip Code |
| | | | |

**3. Agent for Service of Process**

Item 3a and 3b: If naming an individual, the agent must reside in California and Item 3a and 3b must be completed with the agent's name and complete California street address.

Item 3c: If naming a California Registered Corporate Agent, a current agent registration certificate must be on file with the California Secretary of State and Item 3c must be completed (leave Item 3a-3b blank).

| a. California Agent's First Name (if agent is not a corporation) | | Middle Name | Last Name | Suffix |
|---|---|---|---|---|
| HAO | | | WANG | |
| b. Street Address (if agent is not a corporation) - Do not list a P.O. Box | City (no abbreviations) | | State | Zip Code |
| 8478 BULLHEAD CT | RANCHO CUCAMONGA | | CA | 91739 |
| c. California Registered Corporate Agent's Name (if agent is a corporation) – Do not complete Item 3a or 3b | | | | |

**4. Management** (Select **only** one box)

The LLC will be managed by:

[ ] One Manager    [✓] More than One Manager    [ ] All LLC Member(s)

**5. Purpose Statement** (Do not alter Purpose Statement)

The purpose of the limited liability company is to engage in any lawful act or activity for which a limited liability company may be organized under the California Revised Uniform Limited Liability Company Act.

**6. The Information contained herein, including in any attachments, is true and correct.**

Organizer sign here

EDDIE CHEUNG

Print your name here

LLC-1 (REV 06/2016)

2016 California Secretary of State
www.sos.ca.gov/business/be

B-1

# EXHIBIT C

**Wire Transfer Outgoing Request**

# CHASE ◆

## Wire Transfer Sender Information

| Sender Name: | | | | |
|---|---|---|---|---|
| TINGTING SHAO | | | | |

| Account Name: | | Street Address: | | |
|---|---|---|---|---|
| TINGTING SHAO | | 8468 BULLHEAD CT | | |

| City: | State: | Zip: | Country: | Daytime Phone: |
|---|---|---|---|---|
| RANCHO CUCAMONGA | CA | 91739-9277 | USA | 909-815-9596 |

| Primary ID Type: | ID Issuer: | ID Number: | ID Issue Date: | ID Exp: |
|---|---|---|---|---|
| Passport w/Photo | CHA | G29547116 | 06/10/2008 | 06/09/2018 |

| Secondary ID Type: | ID Issuer: | ID Number: | ID Issue Date: | ID Exp: |
|---|---|---|---|---|
| Chase or Bank Issued Credit/Debit Card | chase | XXXXXXXXXXXX4337 | | 05/31/2019 |

| Comments: |
|---|
| |

## Wire Transfer Information

| Request Date: | Request time: | Effective Date: | Wire Type: |
|---|---|---|---|
| 03/02/2017 | 03:27:37PM Eastern time | 03/02/2017 | Domestic |

| Debit Account #: | Debit Account Type: | Available Balance: | Wire Amount (US dollars): |
|---|---|---|---|
| 3557529251 | CHASE SAVINGS | $159,987.53 | $150,000.00 |

| Qualifying Account #: | Qualifying Account Type: | Source of funds: | Wire Fee: |
|---|---|---|---|
| | | Savings | $35.00 |

| Currency type to be sent: | Exchange rate: | Paid in Currency Amount: | Amount to Collect (USD): |
|---|---|---|---|
| US Dollars | N/A | N/A | $150,035.00 |

| FX Contract Number: |
|---|
| |

## Recipient Account Information

| Account Name: | | | |
|---|---|---|---|
| Green Energy King LLC | | | |

| Street Address: | | | |
|---|---|---|---|
| | Account Number: | | |
| | 325064262815 | | |
| | City: | State: | Zip: | Country: |

| Text to Recipient: |
|---|
| |

## Receiving Bank Information

| Bank Name: | | | |
|---|---|---|---|
| Bank of America, National Association | | | |

| Street Address: | | | |
|---|---|---|---|
| 1500 PARK ST | Bank ABA/SWIFT code: | | |
| | 121000358 | | |
| | City: | State: | Zip: | Country: |
| | ALAMEDA | CA | 94501 | USA |

| Intermediary Bank Name: |
|---|
| |

| Street Address: | | | |
|---|---|---|---|
| | Intermediary Bank ABA: | | |
| | City: | State: | Zip: | Country: |

| Text to Receiving Bank: |
|---|
| |



C-1



## Wire Transfer Terms and Conditions
**Please review the following Wire Transfer Terms and Conditions:**

Requesting, Changing or Canceling Funds Transfers and Cutoff Times; Rejection Notices

(a) We will complete funds transfer requests only on our normal business days and only before the cutoff times we establish.

(b) You can cancel a consumer international funds transfer request for a full refund within 30 minutes of authorizing it by notifying us. However, we will not be able to change or cancel another type of funds transfer request unless the recipient's bank agrees. If the recipient's bank declines to cancel or change the funds transfer request, you will be responsible for the transfer you initially requested.

(c) We have the right to accept or reject your funds transfer requests, and we will notify you in writing (by letter or fax), orally (in person or by phone) or electronically if your funds transfer is rejected. These notification methods are deemed to be commercially reasonable.

(d) All wire transfer requests go through an internal review. During this review, we may subtract funds from your account or place a hold on your account. We may need to contact you to verify information about your wire transfer request, which in some cases may result in processing delays. Once we have released the wire transfer, the recipient's bank may delay credit to the recipient due to their own internal review processes.

2. Identifying Number

We or any other bank involved in the funds transfer will complete your funds transfer request using the account number or bank identification number you provide, even if the numbers do not match the recipient's or bank's name. If you provided us an incorrect account number for the recipient or an incorrect routing or identification number for the recipient's bank, you could lose the amount of the transfer.

3. Foreign Exchange Transfer

You may request us to send the funds transfer in either U.S. dollars or foreign currency. If you request a funds transfer in a foreign currency, you authorize us to deduct the amount from your account at the exchange rate we offer at that time. The exchange rate we use may include a spread, commission, or other costs that we, our affiliates or our vendors may incur in charge in providing foreign currency to you. The exchange rate will vary depending on the type of transaction being conducted, the dollar amount, the type of currency, the date and time of the transaction, and whether the transaction is a debit or credit. The exchange rate you pay for the same currency may not be the same across different products and services and will be less favorable than the exchange rate for institutions that is usually quoted in the newspaper and online services.

If the funds are returned to us, the funds transfer cannot be made for any reason, we will not be liable for more than the amount of the transfer at our exchange rate at the time of the refund, less charges taken by any other bank involved in the transfer. If you cancel and it causes a loss or cost to us, we may subtract funds from your account to cover these losses. If your initial request is returned, canceled or changed, your new funds transfer request will be subject to our exchange rate in effect when you initiate it. If the wire transfer is not in the currency of the recipient's account the recipient's bank or another processing bank may reject the transfer or convert it to a different currency at their exchange rate and may subtract additional fees.

4. Payment Route

We may use any funds transfer system we believe reasonable to complete your request, regardless of any instructions you might give us. If we allow and the recipient's bank, we may complete your request using an international transfer. You are responsible for all fees, including our fees and any fees charged by other funds transfer systems or banks involved in the transfer.

5. Funds Transfer System Rules and Laws

The use of this service is subject to all applicable U.S. federal and state laws, regulations, rules and wire transfer arrangements. If you make a consumer international funds transfer, it is also subject to additional federal laws and regulations. All of your funds transfers must comply with U.S. laws, including the regulations and economic sanctions administered by the U.S. Treasury Department's Office of Foreign Asset Control and other applicable laws.

6. Indemnification

You will indemnify us for all claims, expenses, liabilities, and losses (including reasonable legal fees) if a third party makes a claim against us for any of our actions or services in this Agreement, unless they prove gross negligence or willful misconduct. You understand this section will survive even if you close your account or this Agreement is terminated.

7. Failure to Perform

We will not be liable for the failure or delay of any funds transfer or for failing to meet other obligations in this Agreement because of circumstances or causes beyond our control, including governmental, legal or regulatory restrictions or prohibitions, natural disasters, equipment or system failures, labor disputes, wars or riots.

**By signing below you acknowledge that you have read and agree to the terms and conditions above and that the wire transfer information in this document, including all bank numbers and account numbers, is accurate, and you authorize us to send this wire on your behalf.**

Recipient Bank's Identifier (ABA/SWIFT): 121000358     Recipient's Account Number: 325064262815

Sender's Signature: _____     Date: _____

| Branch / Department Information | | |
|---|---|---|
| Initiated by: JUAN D RODRIGUEZ / R420613 | Initiating Branch Milliken Ave and Foo Phone 909-483-5676 | Request Time 03:27:37PM |
| Wire Transfer: ☐ Approved  ☐ Declined | Approved/Declined by (Print): | |
| Approved/Declined by (Signature): | | Date: |
| Decline Reason: | Comments: | |
| Approving Manager (on amount over limit): | | |
| Method of Approval (attach required supporting documentation): ☐ Phone call  ☐ Email  ☐ Other (explain): | | |
| Wire Tracking Information | | |
| FX Contract Number (if applicable): | Contact ID Number: 414312095300001 | |
| Transaction Reference Number (TRN) (if available): | | |



C-2

PAGE 1 OF 1

**Bank of America**

P.O. Box 15284
Wilmington, DE 19850

BANK OF AMERICA, N.A.
WIRE TRANSFER ADVICE
1 FLEET WAY          PA6-580-04-05
SCRANTON, PA         18507

GREEN ENERGY KING LLC
8478 BULLHEAD7
RANCHO CUCAMONGA CA 91739

DATE: 03/02/17
DIRECT INQUIRIES TO:
800.729.9473 OPTION 2
ACCOUNT: XXXXXXXX2815

THE FOLLOWING WIRE WAS CREDITED TODAY:                USD AMOUNT $150,000.00

TRANSACTION REF:    2017030200354570       SERVICE REF: 005649
SENDER'S REF:       5250100061ES           RELATED REF: DCD OF 17/03/02
IMAD:               20170302B1QGC06C005649
ORIGINATOR:         TINGTING SHAO          ID: 3557529251
SENDING BANK:       JPMORGAN CHASE BANK, NA  ID: 021000021
BENEFICIARY:        GREEN ENERGY KING LLC    ID: XXXXXXXX2815

C-3

# EXHIBIT D

# Bank of America

P.O. Box 15284
Wilmington, DE 19850

**Customer service information**

🕽  1.888.BUSINESS (1.888.287.4637)

🖥  bankofamerica.com

✉  Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

GREEN ENERGY KING LLC
8478 BULLHEAD CT
RANCHO CUCAMONGA, CA  91739-9277

## Your Business Fundamentals Checking

for March 1, 2017 to March 31, 2017

Account number: 3250 6426 2815

**GREEN ENERGY KING LLC**

### Account summary

| | | |
|---|---|---|
| Beginning balance on March 1, 2017 | $0.00 | # of deposits/credits: 2 |
| Deposits and other credits | 150,200.00 | # of withdrawals/debits: 12 |
| Withdrawals and other debits | -91,775.69 | # of items-previous cycle[1]: 0 |
| Checks | -0.00 | # of days in cycle: 31 |
| Service fees | -15.00 | Average ledger balance: $93,929.96 |
| **Ending balance on March 31, 2017** | **$58,409.31** | [1]Includes checks paid,deposited items&other debits |



## Get the most out of your new checking account

From basic banking to on-the-go mobile banking,* you can accomplish more
with your new **Business Fundamentals**® checking account.

To learn more, visit **bankofamerica.com/GetStartedNow.**

*Mobile Banking requires enrollment through the Mobile Banking app, Mobile website or Online Banking. Enrollment through the Mobile Banking app is not available on all devices. View the Online Banking Service Agreement at bankofamerica.com or as to agreement for more information. Data connection required. Wireless carrier fees may apply. Business Fundamentals is a registered trademark of Bank of America Corporation.
©2017 Bank of America Corporation   SBK-DD2-B | SSM-06-16-0134D

D-1

GREEN ENERGY KING LLC   |   Account # 3250 6426 2815   |   March 1, 2017 to March 31, 2017

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking. Or, you can call our Customer Service team.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you for, and you agree to not make a claim against us for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us at the telephone number listed on the front of this statement to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2017 Bank of America Corporation

 Bank of America, N.A. Member FDIC and          Equal Housing Lender

D-2

**Bank of America**

**Your checking account**

GREEN ENERGY KING LLC  |  Account # 3250 6426 2815  |  March 1, 2017 to March 31, 2017

## Deposits and other credits

| Date | Description | Amount |
|---|---|---|
| 03/01/17 | BKOFAMERICA ATM 03/01 #000001969 DEPOSIT ROWLAND HEIGHTS  ROWLAND HEIGH CA | 200.00 |
| 03/02/17 | WIRE TYPE:WIRE IN DATE: 170302 TIME:1539 ET TRN:2017030200354570 SEQ:5250100061ES:005649 ORIG:TINGTING SHAO ID:3557529251 SND BK:JPMORGAN C HASE BANK, NA ID:021000021 PMT DET:DCD OF 17/03/02 | 150,000.00 |
| **Total deposits and other credits** | | **$150,200.00** |

## Withdrawals and other debits

| Date | Description | Amount |
|---|---|---|
| 03/01/17 | Online Banking transfer to CHK 2763 Confirmation# 1142329592 | -100.00 |
| 03/06/17 | CA TLR cash withdrawal from CHK 2815 | -9,000.00 |
| 03/09/17 | CA TLR cash withdrawal from CHK 2815 | -8,000.00 |
| 03/13/17 | CA TLR cash withdrawal from CHK 2815 | -9,000.00 |
| 03/13/17 | CAPITAL ONE     DES:ONLINE PMT ID:707039919006558 INDN:94/1741882WANGHAO     CO ID:9279744991 CCD | -24,974.14 |
| 03/16/17 | CA TLR cash withdrawal from CHK 2815 | -8,000.00 |
| 03/21/17 | CA TLR cash withdrawal from CHK 2815 | -8,000.00 |
| 03/28/17 | CA TLR cash withdrawal from CHK 2815 | -8,000.00 |
| Card account # XXXX XXXX XXXX 7345 | | |
| 03/06/17 | INTUIT PAYME*I 03-06 #000533410 PURCHASE INTUIT PAYME*IN * MIRA LOMA   CA | -9,846.77 |
| 03/06/17 | INTUIT PAYME*I 03-06 #000553802 PURCHASE INTUIT PAYME*IN * MIRA LOMA   CA | -119.44 |
| 03/29/17 | CHECKCARD 0328 AMERICAN EXPRESS SERVIC 505-836-3360 NY 24231687088837040554912 CKCD 6012 XXXXXXXXXXXX7345 XXXX XXXX XXXX 7345 | -6,735.34 |
| **Subtotal for card account # XXXX XXXX XXXX 7345** | | **-$16,701.55** |
| **Total withdrawals and other debits** | | **-$91,775.69** |

**Celebrate 20 years of Museums on Us®**

During the first full weekend of every month, just show your Bank of America® debit or credit card and a photo ID for **one free general admission** to more than 150 cultural institutions.

Learn more at **bankofamerica.com/artsonus**

**Make a date with your favorite museum**

© 2017 Bank of America Corporation                SSM-11-16-0484.B  |  ARMBCHVK

**Bank of America**

D-3



GREEN ENERGY KING LLC  |  Account # 3250 6426 2815  |  March 1, 2017 to March 31, 2017

## Service fees

| Date | Transaction description | Amount |
|------|------------------------|--------|
| 03/03/17 | Wire Transfer Fee | -15.00 |
| **Total service fees** | | **-$15.00** |

*Note your Ending Balance already reflects the subtraction of Service Fees.*

## Daily ledger balances

| Date | Balance ($) | Date | Balance ($) | Date | Balance ($) |
|------|------------|------|------------|------|------------|
| 03/01 | 100.00 | 03/09 | 123,118.79 | 03/21 | 73,144.65 |
| 03/02 | 150,100.00 | 03/13 | 89,144.65 | 03/28 | 65,144.65 |
| 03/03 | 150,085.00 | 03/16 | 81,144.65 | 03/29 | 58,409.31 |
| 03/06 | 131,118.79 | | | | |

D-4

*Bus Platinum Privileges*

**Bank of America**

P.O. Box 15284
Wilmington, DE 19850

**Customer service information**

))) 1.888.BUSINESS (1.888.287.4637)

✦ bankofamerica.com

🖅 Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

GREEN ENERGY KING LLC
8478 BULLHEAD CT
RANCHO CUCAMONGA, CA  91739-9277

# Your Business Fundamentals Checking
# Bus Platinum Privileges

for April 1, 2017 to April 30, 2017

Account number: 3250 6426 2815

**GREEN ENERGY KING LLC**

## Account summary

| | | |
|---|---|---|
| Beginning balance on April 1, 2017 | $58,409.31 | # of deposits/credits: 0 |
| Deposits and other credits | 0.00 | # of withdrawals/debits: 5 |
| Withdrawals and other debits | -38,000.00 | # of items-previous cycle[1]: 0 |
| Checks | -0.00 | # of days in cycle: 30 |
| Service fees | -0.00 | Average ledger balance: $36,209.31 |
| **Ending balance on April 30, 2017** | **$20,409.31** | [1]Includes checks paid,deposited items&other debits |



Bank of America **Business Advantage**

Our country is built on businesses like yours

In cities and towns across the country, we celebrate business owners like you during
**National Small Business Week**, April 30 – May 6, and throughout the month of May.

Whatever the size of your business, we take the time to help you find the smartest path
to long-term growth. Visit **bankofamerica.com/bizweek** today.

Bank of America, N.A. © 2017 Bank of America Corporation. | ARSG7DFC | SSM-01-17-2126.B

D-5

GREEN ENERGY KING LLC   |   Account # 3250 6426 2815   |   April 1, 2017 to April 30, 2017

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking. Or, you can call our Customer Service team.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you for, and you agree to not make a claim against us for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us at the telephone number listed on the front of this statement to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2017 Bank of America Corporation

**Bank of America, N.A. Member FDIC and**  **Equal Housing Lender**

D-6

**Bank of America** 🇺🇸

## Your checking account

GREEN ENERGY KING LLC   |   Account # 3250 6426 2815   |   April 1, 2017 to April 30, 2017

## Withdrawals and other debits

| Date | Description | Amount |
|------|-------------|--------|
| 04/03/17 | CA TLR cash withdrawal from CHK 2815 | -9,000.00 |
| 04/06/17 | CA TLR cash withdrawal from CHK 2815 | -8,000.00 |
| 04/13/17 | CA TLR cash withdrawal from CHK 2815 | -8,000.00 |
| 04/25/17 | CA TLR cash withdrawal from CHK 2815 | -5,000.00 |
| 04/26/17 | CA TLR cash withdrawal from CHK 2815 | -8,000.00 |
| **Total withdrawals and other debits** | | **-$38,000.00** |

## Service fees

Based upon the activity below, the monthly fee on your Business Fundamentals checking account was waived for the statement period ending 03/31/17:

At least one of the following occurred

- ✓ $250+ in new net purchases on a linked Business debit card
- ○ $250+ in new net purchases on a linked Business credit card
- ○ $3,000+ minimum daily balance in primary checking account
- ✓ $5,000+ average monthly balance in primary checking account
- ✓ $15,000+ combined average monthly balance in linked business accounts

A check mark indicates that you have qualified for a monthly fee waiver on the account based on your usage of these products or services. For information on how to open a new product or to link an existing service to your account please call 1-888-BUSINESS or visit bankofamerica.com/smallbusiness.



# Dreading the shredding?

**Go paperless** and make a statement.

- Your secure paperless statements don't need storing or shredding
- Get email reminders that link right to your statements for easy access
- View and download your business statements anytime, with no paper waste

Click **Profile & Settings** (in the upper right next to **Sign Out**) when logged in at **bankofamerica.com/smallbusiness**

Small Business
Online Banking

TIP OF THE MONTH



©2017 Bank of America Corporation   |   AR86P899   |   SSM-11-16-050/B

D-7

GREEN ENERGY KING LLC   |   Account # 3250 6426 2815   |   April 1, 2017 to April 30, 2017

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|------|-------------|------|------------|------|-------------|
| 04/01 | 58,409.31 | 04/06 | 41,409.31 | 04/25 | 28,409.31 |
| 04/03 | 49,409.31 | 04/13 | 33,409.31 | 04/26 | 20,409.31 |

D-8

BUSINESS PLATINUM PRIVILEGES(TM)

# Congratulations! You have qualified for our business rewards and recognition program.

As one of our valued customers, you have automatically qualified for the Business Platinum Privileges(TM) program (footnote 1) because you maintain a combined balance of $50,000 or more in business deposit accounts with Bank of America and you have a small business checking account. This complimentary program, which comes at no cost to you, includes the following extra benefits:

- A Priority Service Team, dedicated small business customer service specialists to answer your questions quickly and efficiently

- No minimum balance requirement on business savings with the Platinum Business Interest Maximizer(TM) account (footnote 2), and you will pay no monthly maintenance fee

- Reduced rates when you open a new business line of credit (footnote 3)

- Access to Merrill Edge® investment and retirement services, designed to meet the unique needs of small businesses, plus, get up to $600 when you open and fund a Merrill Edge Business Investor Account (footnote 4)

Learn more about the Business Platinum Privileges program today.

Visit bankofamerica.com/businessplatinum or stop by the nearest financial center.

Call 888.BUSINESS (888.287.4637) to speak with our dedicated Priority Service Team.

Note: When calling our dedicated customer service specialists, please have your Access ID/PIN or your Bank of America account number on hand to verify your account.





Investment products:

| Are Not FDIC Insured | Are Not Bank Guaranteed | May Lose Value |
| --- | --- | --- |

*(Please see reverse for important disclosures.)*

D-9

Addendum to:

Business Schedule of Fees (Effective November 6, 2015)

This Addendum supplements the Business Schedule of Fees. Please retain this document for your records. For purposes of this Addendum, "you" and "your" means the corporation, unincorporated association, limited liability company, limited liability partnership, partnership, sole proprietorship, or other entity holding a business account (other than a Commercial account) with Bank of America in any capacity other than an individual capacity.

Business Platinum Privileges(TM)

You automatically qualify for the Business Platinum Privileges program when you maintain a combined balance of $50,000 or more in eligible business deposit accounts with Bank of America, and you have an open Business Fundamentals® checking, Business Interest checking or Business Advantage checking account with Bank of America. The combined balance requirement is calculated based on the average daily balance for the month in your Bank of America business deposit account(s), and applies only when the owner of the business checking account and the owner of the other eligible deposit account(s) share the same Taxpayer Identification Number (TIN). Public service trust accounts, such as IOLTA accounts, are not counted toward the combined balance. Your enrollment in Business Platinum Privileges becomes effective in the month following the month in which you qualify. Some Business Platinum Privileges benefits are automatic; other benefits may require you to open a new account or take other action. Read carefully the terms of any Business Platinum Privileges offer to understand the action required.

The benefits of the Business Platinum Privileges program will be described to you separately. We may change or terminate Business Platinum Privileges program rules or benefits at any time, without prior notice. Your enrollment in Business Platinum Privileges will discontinue if you do not qualify during a calendar quarter, and you do not restore your qualification during the following calendar quarter. You will be considered not qualified during a calendar quarter if neither your average daily balance for the quarter nor your quarter end balance satisfy the combined balance requirement, or you do not have an open, eligible business checking account with Bank of America as of the end of the quarter.

For Merrill Lynch Wealth Management clients, your eligible combined balances will be reviewed annually to ensure you continue to qualify for benefits. Your enrollment in Business Platinum Privileges will discontinue if you do not qualify at the annual review, and you do not restore your qualification within a 90 day period. You will be considered not to qualify at the annual review if your average daily balance for the prior 12 months did not satisfy the combined balance requirement, or you do not have an open eligible business checking account with Bank of America at the end of such year. The annual review will be conducted as of June 30 of each year. In the event that your enrollment is discontinued, your Business Platinum Privileges benefits may be discontinued immediately without further notice. If you have defaulted on a business credit account with Bank of America or its affiliates, we may exclude you from eligibility for Business Platinum Privileges. If you are enrolled in Business Platinum Privileges and you default under a business credit account with Bank of America or its affiliates, we may immediately discontinue your enrollment in Business Platinum Privileges. You will be considered for re-enrollment after 12 months. Review for defaults will be conducted monthly.

1 Please see the above Business Platinum Privileges Addendum to your Business Schedule of Fees.

2 New Business Platinum Privileges(TM) customers at point of sale will be eligible to open up a Platinum Business Interest Maximizer(TM) savings account immediately, but will be enrolled officially in the program the following month. Other benefits will activate upon enrollment. The Platinum Business Interest Maximizer(TM) account is only available on request to customers enrolled in the Business Platinum Privileges program, or whose opening balance qualifies them for the Business Platinum Privileges program. Limit of one Platinum Business Interest Maximizer(TM) account may be opened per customer. Your enrollment in Business Platinum Privileges will not automatically convert any existing or new money market savings account to a Platinum Business Interest Maximizer(TM) without your request. See the Business Platinum Privileges Addendum above for a description of the requirements for enrollment in Business Platinum Privileges. If your enrollment in the Business Platinum Privileges program is discontinued, your Platinum Business Interest Maximizer(TM) account will automatically convert to a Business Interest Maximizer(TM) account and the interest rate and fees for that subsequent account will apply.

3 Credit is subject to approval; normal credit standards apply. Credit is issued by Bank of America, N.A.

4 To qualify for this cash offer, you must open a Merrill Edge® Business Investor Account ("BIA") and fund the account within 45 days with funds originating from outside Merrill Lynch and Bank of America. The balance must be held in the account for a minimum of 90 consecutive days following the funding date. For purposes of this offer, qualifying balance shall mean total incoming assets or transfers (including cash, securities and/or margin debit balance transfers) from external accounts, minus assets withdrawn or transferred out of the account within the 90 day holding period. The cash reward will be paid out as follows: $20,000-$49,999, receive $100; for $50,000-$99,999, receive $150; for $100,000-$199,999, receive $250; for $200,000 or more, receive $600. The reward will be paid within two weeks after meeting the qualifying criteria. Depending on your particular circumstances, the value of this reward you receive may constitute taxable income. In addition, Merrill Lynch may issue an Internal Revenue Service Form 1099 (or other appropriate form) to you that reflects the value of such reward. Please consult your tax advisor. Merrill Edge reserves the right to change or cancel this offer at any time. Merrill Edge does not provide legal or tax advice.

The offering of cash rewards, free trades, waiver of fees (including account fees), and/or any other thing of value may not be used as an inducement to sell any kind of insurance, including life insurance or annuities.

Some Merrill Edge® benefits may be available to customers with less than $50,000 in investable assets. Please speak with a Financial Solutions Advisor for more information about Merrill Edge®.

The BIA account is a brokerage account, not a bank account. Deposit items such as checks, wires and ACH transactions are subject to availability delays based on deposit type and assets held at Merrill Lynch. Please refer to the account documents for more information. The BIA account has limits on monthly disbursements. More than three checks in any calendar month or six total disbursements in any calendar month. Withdrawals exceeding these limits are subject to a $15 fee per item.

Merrill Edge is available through Merrill Lynch, Pierce, Fenner & Smith Incorporated (MLPF&S), and consists of the Merrill Edge Advisory Center (investment guidance) and self-directed online investing.

MLPF&S is a registered broker-dealer, member SIPC and a wholly owned subsidiary of Bank of America Corporation.

Banking products are provided by Bank of America, N.A., and affiliated banks, Members FDIC and wholly owned subsidiaries of Bank of America Corporation. Platinum Business Interest Maximizer and Business Platinum Privileges are trademarks and Merrill Edge, Business Fundamentals, Bank of America and the Bank of America logo are registered trademarks of Bank of America Corporation.

Bank of America, N.A. Member FDIC. ©2016 Bank of America Corporation.    ARMYNQFV   SSM-08-16-0257-B

D-10

**Bank of America**

P.O. Box 15284
Wilmington, DE 19850

GREEN ENERGY KING LLC
8478 BULLHEAD CT
RANCHO CUCAMONGA, CA  91739-9277

*Bus Platinum Privileges*

**Customer service information**

🔊  1.888.BUSINESS (1.888.287.4637)

↳  bankofamerica.com

✉  Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

# Your Business Fundamentals Checking
# Bus Platinum Privileges

for May 1, 2017 to May 31, 2017

Account number: 3250 6426 2815

**GREEN ENERGY KING LLC**

## Account summary

| | | |
|---|---|---|
| Beginning balance on May 1, 2017 | $20,409.31 | # of deposits/credits: 0 |
| Deposits and other credits | 0.00 | # of withdrawals/debits: 6 |
| Withdrawals and other debits | -16,800.00 | # of items-previous cycle[1]. 0 |
| Checks | -0.00 | # of days in cycle: 31 |
| Service fees | -0.00 | Average ledger balance: $4,306.08 |
| **Ending balance on May 31, 2017** | **$3,609.31** | *[1]Includes checks paid,deposited items&other debits* |

Thank you for choosing Bank of America.

SSM-02-12-0616A1 | ARQ272TT

P-11

GREEN ENERGY KING LLC  |  Account # 3250 6426 2815  |  May 1, 2017 to May 31, 2017

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking. Or, you can call our Customer Service team.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers. In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you for, and you agree to not make a claim against us for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us at the telephone number listed on the front of this statement to find out if the deposit was made as scheduled. You may also review your activity online or at a financial center.

© 2017 Bank of America Corporation.

Bank of America, N.A. Member FDIC and  ⌂  Equal Housing Lender

D-12

**Bank of America** ◥◥◥

**Your checking account**

GREEN ENERGY KING LLC   |   Account # 3250 6426 2815   |   May 1, 2017 to May 31, 2017

## Withdrawals and other debits

| Date | Description | | Amount |
|------|-------------|---|--------|
| 05/01/17 | CA TLR cash withdrawal from CHK 2815 | | -8,000.00 |
| 05/01/17 | CA TLR cash withdrawal from CHK 2815 | | -8,000.00 |
| Card account # XXXX XXXX XXXX 7345 | | | |
| 05/26/17 | BKOFAMERICA ATM 05/25 #000005367 WITHDRWL PUENTE HILLS | HACIENDA HEIG CA | -200.00 |
| 05/26/17 | BKOFAMERICA ATM 05/25 #000005368 WITHDRWL PUENTE HILLS | HACIENDA HEIG CA | -200.00 |
| 05/30/17 | BKOFAMERICA ATM 05/29 #000006981 WITHDRWL PUENTE HILLS | HACIENDA HEIG CA | -200.00 |
| 05/30/17 | BKOFAMERICA ATM 05/29 #000006982 WITHDRWL PUENTE HILLS | HACIENDA HEIG CA | -200.00 |
| **Subtotal for card account # XXXX XXXX XXXX 7345** | | | **-$800.00** |
| **Total withdrawals and other debits** | | | **-$16,800.00** |

## Service fees

Based upon the activity below, the monthly fee on your Business Fundamentals checking account was waived for the statement period ending 04/28/17.

At least one of the following occurred

- ◯ $250+ in new net purchases on a linked Business debit card
- ◯ $250+ in new net purchases on a linked Business credit card
- ✓ $3,000+ minimum daily balance in primary checking account
- ✓ $5,000+ average monthly balance in primary checking account
- ✓ $15,000+ combined average monthly balance in linked business accounts

A check mark indicates that you have qualified for a monthly fee waiver on the account based on your usage of these products or services. For information on how to open a new product or to link an existing service to your account please call 1-888-BUSINESS or visit bankofamerica.com/smallbusiness.

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|------|-------------|------|------------|------|-------------|
| 05/01 | 4,409.31 | 05/26 | 4,009.31 | 05/30 | 3,609.31 |



Small Business
Online Banking

TIP OF THE MONTH

# Dreading the shredding?

**Go paperless** and make a statement.

- Your secure paperless statements don't need storing or shredding
- Get email reminders that link right to your statements for easy access
- View and download your business statements anytime, with no paper waste

Click **Profile & Settings** (in the upper right next to **Sign Out**) when logged in at **bankofamerica.com/smallbusiness**



©2017 Bank of America Corporation   AR86P899   SSM-11-16-0507.B

D-13

GREEN ENERGY KING LLC  |  Account # 3250 6426 2815  |  May 1, 2017 to May 31, 2017

This page intentionally left blank

D-14

GREEN ENERGY KING LLC   |   Account # 3250 6426 2815   |   May 1, 2017 to May 31, 2017

This page intentionally left blank

D-15

GREEN ENERGY KING LLC   |   Account # 3250 6426 2815   |   May 1, 2017 to May 31, 2017

D-1b

*Bus Platinum Privileges*

**Bank of America**

P.O. Box 15284
Wilmington, DE 19850

GREEN ENERGY KING LLC
8478 BULLHEAD CT
RANCHO CUCAMONGA, CA  91739-9277

**Customer service information**

🕪  1.888.BUSINESS (1.888.287.4637)

🖥  bankofamerica.com

✉  Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

# Your Business Fundamentals Checking
# Bus Platinum Privileges

for June 1, 2017 to June 30, 2017

Account number: 3250 6426 2815

**GREEN ENERGY KING LLC**

## Account summary

| | | |
|---|---|---|
| Beginning balance on June 1, 2017 | $3,609.31 | # of deposits/credits: 0 |
| Deposits and other credits | 0.00 | # of withdrawals/debits: 3 |
| Withdrawals and other debits | -3,604.24 | # of items-previous cycle[1]: 0 |
| Checks | -0.00 | # of days in cycle: 30 |
| Service fees | -0.00 | Average ledger balance: $487.72 |
| **Ending balance on June 30, 2017** | **$5.07** | *[1]Includes checks paid,deposited items&other debits* |

Thank you for choosing Bank of America.

SSM-02-17-0616-A1    ABC777T

D-17

GREEN ENERGY KING LLC  |  Account # 3250 6426 2815  |  June 1, 2017 to June 30, 2017

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking. Or, you can call our Customer Service team.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers- If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- – Tell us your name and account number.
- – Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- – Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you for, and you agree to not make a claim against us for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us at the telephone number listed on the front of this statement to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2017 Bank of America Corporation

Bank of America, N.A. Member FDIC and  Equal Housing Lender

D-18

**Bank of America** ➤➤➤

### Your checking account

GREEN ENERGY KING LLC   |   Account # 3250 6426 2815   |   June 1, 2017 to June 30, 2017

## Withdrawals and other debits

| Date | Description | Amount |
|------|-------------|--------|
| | Card account # XXXX XXXX XXXX 7345 | |
| 06/05/17 | CHECKCARD 0601 METROPRO COSTA MESA COSTA MESA   CA 24755427153171531972558 CKCD 7549 XXXXXXXXXXXX7345 XXXX XXXX XXXX 7345 | -641.50 |
| 06/05/17 | CHECKCARD 0603 GCH INC ONTARIO ONTARIO    CA 24493987155286399900182 CKCD 5261 XXXXXXXXXXXXX7345 XXXX XXXX XXXX 7345 | -2,900.00 |
| 06/06/17 | CHEVRON/TJE, I 06/06 #000559404 PURCHASE CHEVRON/TJE, INC. LAS VEGAS    NV | -62.74 |
| | **Subtotal for card account # XXXX XXXX XXXX 7345** | **-$3,604.24** |
| | **Total withdrawals and other debits** | **-$3,604.24** |

## Service fees

Based upon the activity below, the monthly fee on your Business Fundamentals checking account was waived for the statement period ending 05/31/17:

At least one of the following occurred

○ $250+ in new net purchases on a linked Business debit card

○ $250+ in new net purchases on a linked Business credit card

✓ $3,000+ minimum daily balance in primary checking account

○ $5,000+ average monthly balance in primary checking account

○ $15,000+ combined average monthly balance in linked business accounts

A check mark indicates that you have qualified for a monthly fee waiver on the account based on your usage of these products or services. For information on how to open a new product or to link an existing service to your account please call 1-888-BUSINESS or visit bankofamerica.com/smallbusiness.

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|------|-------------|------|------------|------|-------------|
| 06/01 | 3,609.31 | 06/05 | 67.81 | 06/06 | 5.07 |



Bank of America **Business Advantage**

# Thank you for your business.
# Here's to your continued success.

We're committed to finding the smartest path to long-term growth for your business.

Our small business specialists will work to help you strengthen your business and plan for the future. Please visit **bankofamerica.com/smallbusiness** to learn more.

AR112HN | 55M92 17 0641 B

D-19

GREEN ENERGY KING LLC  |  Account # 3250 6426 2815  |  June 1, 2017 to June 30, 2017

This page intentionally left blank

D-20

*Bus Platinum Privileges*

**Bank of America**

P.O. Box 15284
Wilmington, DE 19850

**Customer service information**

📞  1.888.BUSINESS (1.888.287.4637)

🖥  bankofamerica.com

✉  Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

GREEN ENERGY KING LLC
8478 BULLHEAD CT
RANCHO CUCAMONGA, CA  91739-9277

## Your Business Fundamentals Checking
## Bus Platinum Privileges

for July 1, 2017 to July 31, 2017                           Account number: 3250 6426 2815

**GREEN ENERGY KING LLC**

## Account summary

| | | | |
|---|---|---|---|
| Beginning balance on July 1, 2017 | $5.07 | # of deposits/credits: 0 | |
| Deposits and other credits | 0.00 | # of withdrawals/debits: 0 | |
| Withdrawals and other debits | -0.00 | # of items-previous cycle[1]: 0 | |
| Checks | -0.00 | # of days in cycle: 31 | |
| Service fees | -0.00 | Average ledger balance: $5.07 | |
| **Ending balance on July 31, 2017** | **$5.07** | [1]Includes checks paid,deposited items&other debits | |



Bank of America **Business Advantage**

## Stay informed around the clock

**Online Alerts**[1] help keep you informed

• Monitor your account balances and receive alerts when payments are due
• Be notified when transactions have cleared

Online Banking
**TIP OF
THE MONTH**

Log in or enroll at **bankofamerica.com/smallbusiness** and click on **Alerts** in the Activity Center

[1]Alerts received as text messages on your mobile access device may incur a charge from your mobile service provider. This feature is not available on the Mobile website. Wireless carrier fees may apply. ©2017 Bank of America Corporation. | AR5J8QU4 | SSM-04-17-0043.B

D-21

GREEN ENERGY KING LLC  |  Account # 3250 6426 2815  |  July 1, 2017 to July 31, 2017

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

**How to contact us** - You may call us at the telephone number listed on the front of this statement.

**Updating your contact information** - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

**Deposit agreement** - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

**Electronic transfers: In case of errors or questions about your electronic transfers** - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

**Reporting other problems** - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

**Direct deposits** - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2017 Bank of America Corporation

Bank of America, N.A. Member FDIC and ⌂ Equal Housing Lender

D-22

**Bank of America**

**Your checking account**

GREEN ENERGY KING LLC   |   Account # 3250 6426 2815   |   July 1, 2017 to July 31, 2017

## Service fees

Based upon the activity below, the monthly fee on your Business Fundamentals checking account was waived for the statement period ending 06/30/17:

**At least one of the following occurred**

✓  $250+ in new net purchases on a linked Business debit card

○  $250+ in new net purchases on a linked Business credit card

○  $3,000+ minimum daily balance in primary checking account

○  $5,000+ average monthly balance in primary checking account

○  $15,000+ combined average monthly balance in linked business accounts

A check mark indicates that you have qualified for a monthly fee waiver on the account based on your usage of these products or services. For information on how to open a new product or to link an existing service to your account please call 1-888-BUSINESS or visit bankofamerica.com/smallbusiness.

## Daily ledger balances

| Date | Balance ($) |
|------|-------------|
| 07/01 | 5.07 |

**How can we improve your business banking?**

Join the **Bank of America® Advisory Panel**. You can help us learn what we're doing right and what we can do better. And you'll be entered into a drawing for a chance to win Visa® gift cards totaling **$3,000** just for joining.

To learn more and join, enter code **SBDD** at **bankofamerica.com/advisorypanel** today.

No purchase necessary. Sweepstakes ends 12/31/2017. Inclusion on the Advisory Panel subject to qualifications. For official rules and entry go to bankofamerica.com/advisorypanel. Void where prohibited. ©2017 Bank of America Corporation  SSM-02-17-0048.B  |  ARW78P9X

D-23

GREEN ENERGY KING LLC   |   Account # 3250 6426 2815   |   July 1, 2017 to July 31, 2017

This page intentionally left blank

D-24

# EXHIBIT E

**Lease Agreement**

Party A (Lessor) <u>TINGTING SHAO</u>          Passport No. <u>G29547116</u>
                 Email: 641776492@qq.com
Party B (Lessee) <u>HAO WANG</u>              ID: <u>E2021856</u>
                 Email:_____        Phone: <u>6269912591</u>

The leasing property is located at 8468 Bull head CT Rancho Cucamonga, CA 91793, construction area 2500 sqft. Both Party A and B negotiated friendly regarding the above property and have reached an agreement with terms listed below for compliance.

1.  The purpose of the lease is for <u>residence</u> and shall not be used for other purpose.
2.  Lease term: One year, starting from June 1st, 2017 to May 31st, 2018, with monthly rent USD2800.
3.  Payment method: Party B shall pay Party A USD 2800 of rent monthly, which shall be paid in full by the first day of each month. Bank account: Chase 322271627 8308522030102.
4.  Party B shall pay Party A a deposit of USD5600 in two installments. The first one will be paid on the day of executing the agreement in the amount of USD2800, and the second one shall be made before Sept. 1st, 2017 in the amount of USD2800. Party A shall return Party B the remaining funds after deducting expenses without interest incurred when the lease is terminated or is due.
5.  Party B shall pay the rent on time. If arrears of deposit or rent occurs, Party A will impose 3% of overdue rent each day as penalty. In addition, Party A is entitled to demand Party B of rent owed, early termination of the agreement, and take back the premises.
6.  Both party shall not find excuses to terminate the agreement. If either party has legitimate reasons to terminate the lease, a notice shall be made one month in advance. If both party agree, the agreement will be terminated and premises shall be returned with a one-month rent paid as penalty. This clause does not include event of force majeure (such as natural disaster, change in government policies, etc.).
7.  Party B does not have the right to transfer the lease or sublet the premises and shall not change the structure or the usage of the house during the lease term without Party A's permission. Party B shall be responsible to indemnify any damages to the property or its facilities caused by it. Party B shall not engage any illegal activities when using the property, otherwise, Party B shall be solely responsible for all legal liabilities arising therefrom. Party A has no responsibility whatsoever and has the right to terminate the lease agreement before its expiration.
8.  During the lease term, Party B shall be responsible for the relevant expenses for: water, electric, gas, solar, internet, telephone, trash, gardening for the front and back yard, etc.
9.  Party B shall take good care of any interior equipment during the lease term. If any damage to the property or its facilities are caused by intention or negligence, it shall be restored to their original states or be indemnified accordingly if restoration is not attainable.
10. Upon the expiration of the lease, Party B shall promptly return the premises to Party A. If Party B intends to renew the lease, Party B shall negotiate with Party A within half month before the lease expires. Party B has the priority to renew the lease under the same terms. When the lease term expires, any furniture or belongings left behind after Party B moves out from the premises will be disposed by Party A as junk without Party B raising any objection.
11. Both parties shall resolve any dispute arising from the agreement. If an agreement cannot be reached, either party is entitled to file a case with the court that has the jurisdiction over Party B to seek for judicial resolution.
12. Both party may negotiate and enter a supplemental agreement any matters not mentioned herein. The supplemental agreement bears the same legal effect as this agreement after being notarized.
13. This agreement takes effect after the acknowledgement and execution by both parties.

Party A (sign and seal) <u>TINGTING SHAO</u>          Party A (sign and seal) <u>HAO WANG</u>

Representative (sign and seal) _____          Representative (sign and seal) _____

Date: <u>05/26/2017</u>                               Date: <u>05/26/2017</u>

Ε-1

# 租房合同

甲方（出租方）<u>TINGTING SHAO</u> 护照号码：<u>G29547116</u>
　　邮箱：<u>641776492@qq.com</u>
乙方（承租方）<u>HAO WANG</u>　ID：　<u>E2021856</u>
邮箱：<u>　　　　　　　　　</u>电话：<u>6269912591</u>

　　出租之房屋座落于 <u>8468 Bull head CT Rancho Cucamonga,CA 91739</u> 建筑面积 <u>2500sqft.</u>甲乙双方就上述房屋友好协商，达成下列条款，以资共同遵守履行。

　　一、租赁用途为<u>居住</u>之用，不得擅自另作他用。

　　二、租赁期限：一年，从 2017 年 6 月 1 日起至 2018 年 5 月 31 日止，每月租金为 2800 美金。

　　三、付款方式：乙方每月应向甲方缴纳租金 2800 美金，每次租金必须当月 1 口之前交清，银行账号：CHASE 　322271627 8308522030102

　　四、乙方需向甲方支付 5600 美金作为押金，分两次支付，第一次为合同签订之日支付 2800 美金，第二次为 2017 年 9 月 1 日前支付 2800 美金，待不租或期满费用算清后，甲方应将押金无息退还乙方。

　　五、乙方必须按时交付租金，如有拖欠押金和租金，甲方每天按租金拖欠部分的 3%加收滞纳金，并有权追回乙方所欠的租金和提前解除合同收回房屋。

　　六、租赁期间，双方均不得借故解除合同，当事人一方如有正当理由要求解除合同时，必须提前壹个月通知对方，经对方同意，解除合同归还房屋，并赔偿违约金壹个月租金。如遇不可抗拒原因（如天灾、政府政策变化等）不在此列。

　　七、在承租期间，未经甲方同意，乙方无权转租或转借该房屋，不得改变房屋结构及其用途，由于乙方人为原因造成该房屋及其配套设施损坏的，由乙方承担赔偿责任，乙方不得利用该房屋之便进行非法活动，否则乙方要自行承担由此所产生的一切法律责任，甲方概不负责并有权提前终止租赁合同。

　　八、租赁期间，乙方应负责交付：水费、电费、煤气费、太阳能费、网络费、电话费、垃圾费、前后花园除草费、等相关费用。

　　九、租赁期间，乙方应爱惜室内一切设备，如因故意或过失造成租用房屋及其配套设施损坏，应负责恢复房屋及其配套设施原状，无法恢复应向甲赔偿。

　　十、租赁期满，乙方应按时将房屋归还甲方，如乙方需续租，须提前半个月与甲方协商，在同等条件下，乙方有优先承租权，租赁期满后，乙方逾期不出时，若有家具杂物等布置不搬者，甲方将视为废弃物，任由甲方处理，乙方不得有异议。

　　十一、就本合同发生纠纷，双方协商解决，协商不成，任何一方均有权向乙方当地法庭提起诉讼，请求司法解决。

　　十二、本合同未尽事宜，可由双方协商签订补充协议，经公证后与本合同具有同等法律效力。

　　十二、本合同以双方共同认可并签字后生效。

甲方（签章）<u>TINGTING SHAO</u>　　乙方（签章）<u>HAO WANG</u>
代表人（签章）<u>　　　　　　　　</u>　　代表人（签章）<u>　　　　　　　</u>
签订时间：<u>05/26/2017</u>　　　　　　签订时间：<u>05/26/2017</u>



# 租房合同

甲方（出租方）：JINGJING SHAO   护照号码：G29547116
邮箱：6417764ХÖ@MODEL STORE

乙方（承租方）：HAO WANG   ID：_____   电话：*7202856*
邮箱：_____   *6269912591*

十三、本合同以双方共同认_____

甲方（签章）：*Jing Jing Shao*

代表人（签章）：

签订时间：*05/26/2017*

*E-3*

B1040 (FORM 1040) (12/15)

| ADVERSARY PROCEEDING COVER SHEET<br>(Instructions on Reverse) | ADVERSARY PROCEEDING NUMBER<br>(Court Use Only) |
|---|---|

| PLAINTIFFS<br><br>SHAO, TINGTING | DEFENDANTS<br><br>WANG, HAO |
|---|---|
| ATTORNEYS (Firm Name, Address, and Telephone No.)<br>Meei-Ling Chen, APLC    (909) 869-8869<br>19803 Valley Blvd<br>Walnut, CA 91789 | ATTORNEYS (If Known)<br>Sam X.J. Wu<br>8600 Utica Avenue, Building 100<br>Rancho Cucamonga, CA 91730 |
| PARTY (Check One Box Only)<br>☐ Debtor         ☐ U.S. Trustee/Bankruptcy Admin<br>☒ Creditor       ☐ Other<br>☐ Trustee | PARTY (Check One Box Only)<br>☒ Debtor         ☐ U.S. Trustee/Bankruptcy Admin<br>☐ Creditor       ☐ Other<br>☐ Trustee |

| CAUSE OF ACTION (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)<br>Complaint for Nondischargeability of debt pursuant to 11U.S.C. §523(a)(2), §523(a)(4), §523(a)(6) |
|---|

**NATURE OF SUIT**

(Number up to five (5) boxes starting with lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)

**FRBP 7001(1) – Recovery of Money/Property**
☐ 11-Recovery of money/property - §542 turnover of property
☐ 12-Recovery of money/property - §547 preference
☐ 13-Recovery of money/property - §548 fraudulent transfer
☐ 14-Recovery of money/property - other

**FRBP 7001(2) – Validity, Priority or Extent of Lien**
☐ 21-Validity, priority or extent of lien or other interest in property

**FRBP 7001(3) – Approval of Sale of Property**
☐ 31-Approval of sale of property of estate and of a co-owner - §363(h)

**FRBP 7001(4) – Objection/Revocation of Discharge**
☐ 41-Objection / revocation of discharge - §727(c),(d),(e)

**FRBP 7001(5) – Revocation of Confirmation**
☐ 51-Revocation of confirmation

**FRBP 7001(6) – Dischargeability**
☐ 66-Dischargeability - §523(a)(1),(14),(14A) priority tax claims
☒ 62-Dischargeability - §523(a)(2), false pretenses, false representation,
actual fraud
☒ 67-Dischargeability - §523(a)(4), fraud as fiduciary, embezzlement, larceny

(continued next column)

**FRBP 7001(6) – Dischargeability (continued)**
☐ 61-Dischargeability - §523(a)(5), domestic support
☒ 68-Dischargeability - §523(a)(6), willful and malicious injury
☐ 63-Dischargeability - §523(a)(8), student loan
☐ 64-Dischargeability - §523(a)(15), divorce or separation obligation
(other than domestic support)
☐ 65-Dischargeability - other

**FRBP 7001(7) – Injunctive Relief**
☐ 71-Injunctive relief – imposition of stay
☐ 72-Injunctive relief – other

**FRBP 7001(8) Subordination of Claim or Interest**
☐ 81-Subordination of claim or interest

**FRBP 7001(9) Declaratory Judgment**
☐ 91-Declaratory judgment

**FRBP 7001(10) Determination of Removed Action**
☐ 01-Determination of removed claim or cause

**Other**
☐ SS-SIPA Case – 15 U.S.C. §§78aaa et.seq.
☐ 02-Other (e.g. other actions that would have been brought in state court
if unrelated to bankruptcy case)

| ☐ Check if this case involves a substantive issue of state law | ☐ Check if this is asserted to be a class action under FRCP 23 |
|---|---|
| ☐ Check if a jury trial is demanded in complaint | Demand $  210,000.00 |
| Other Relief Sought | |

B1040 (FORM 1040) (12/15)

| BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES | | |
|---|---|---|
| NAME OF DEBTOR<br><br>WANG, HAO | BANKRUPTCY CASE NO.<br>6:18-bk-14917-SC | |
| DISTRICT IN WHICH CASE IS PENDING<br>Central District of California | DIVISION OFFICE<br>Riverside | NAME OF JUDGE<br>Hon. Scott Clarkson |
| RELATED ADVERSARY PROCEEDING (IF ANY) | | |
| PLAINTIFF | DEFENDANT | ADVERSARY<br>PROCEEDING NO. |
| DISTRICT IN WHICH ADVERSARY IS PENDING | DIVISION OFFICE | NAME OF JUDGE |
| SIGNATURE OF ATTORNEY (OR PLAINTIFF) | | |
| DATE<br><br>4/12/2018 | PRINT NAME OF ATTORNEY (OR PLAINTIFF)<br><br>Meei-Ling Chen | |

## INSTRUCTIONS

The filing of a bankruptcy case creates an "estate" under the jurisdiction of the bankruptcy court which consists of all of the property of the debtor, wherever that property is located. Because the bankruptcy estate is so extensive and the jurisdiction of the court so broad, there may be lawsuits over the property or property rights of the estate. There also may be lawsuits concerning the debtor's discharge. If such a lawsuit is filed in a bankruptcy court, it is called an adversary proceeding.

A party filing an adversary proceeding must also must complete and file Form 1040, the Adversary Proceeding Cover Sheet, unless the party files the adversary proceeding electronically through the court's Case Management/Electronic Case Filing system (CM/ECF). (CM/ECF captures the information on Form 1040 as part of the filing process.) When completed, the cover sheet summarizes basic information on the adversary proceeding. The clerk of court needs the information to process the adversary proceeding and prepare required statistical reports on court activity.

The cover sheet and the information contained on it do not replace or supplement the filing and service of pleadings or other papers as required by law, the Bankruptcy Rules, or the local rules of court. The cover sheet, which is largely self-explanatory, must be completed by the plaintiff's attorney (or by the plaintiff if the plaintiff is not represented by an attorney). A separate cover sheet must be submitted to the clerk for each complaint filed.

**Plaintiffs** and **Defendants.** Give the names of the plaintiffs and defendants exactly as they appear on the complaint.

**Attorneys.** Give the names and addresses of the attorneys, if known.

**Party.** Check the most appropriate box in the first column for the plaintiffs and the second column for the defendants.

**Demand.** Enter the dollar amount being demanded in the complaint.

**Signature.** This cover sheet must be signed by the attorney of record in the box on the second page of the form. If the plaintiff is represented by a law firm, a member of the firm must sign. If the plaintiff is pro se, that is, not represented by an attorney, the plaintiff must sign.