MEEI-LING CHEN, BAR# 166786
MEEI-LING CHEN, A PROFESSIONAL LAW CORP.
19803 Valley Boulevard
Walnut, CA 91789
Telephone: (626) 854-6616
Facsimile: (909) 869-8867
mlclawoffices@gmail.com

Attorney for Plaintiff: Tingting Shao

**FILED & ENTERED**

**FEB 11 2019**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY craig    DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CHANGES MADE BY COURT

CENTRAL DISTRICT OF CALIFORNIA, RIVERSIDE DIVISION

| | |
|---|---|
| In Re: | Case No.: 6:18-bk-14917-SC |
| | Chapter 7 |
| Hao Wang, | Hon. Scott C Clarkson |
| Debtor. | Adv. No.: 6:18-ap-01177-SC |
| Tingting Shao, | JUDGMENT ON ADVERSARY COMPLAINT |
| Plaintiff, | |
| v. | Date: February 6, 2019 |
| Hao Wang, | Time: 1:30 pm |
| | Ctrm: Hon. Scott C. Clarkson |
| Defendant. | |

Judgment is hereby entered under 11 U.S.C. § 523(a)(4) against Defendant Hao Wang and in favor of Plaintiff Tingting Shao in the sum of $150,000.00.

####

Date: February 11, 2019

Scott C. Clarkson
United States Bankruptcy Judge